UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN R. EDWARDS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>A. DESFOSSE, et al.,<br><br>　　　　Defendants. | 1:13-cv-01013-AWI-GSA-PC<br><br>ORDER GRANTING DEFENDANTS' REQUEST FOR LEAVE TO TAKE PLAINTIFF'S DEPOSITION BY VIDEOCONFERENCE<br><br>(Doc. 24.) |

　　　　Steven R. Edwards ("Plaintiff") is a prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  This case now proceeds on the initial Complaint filed by Plaintiff on July 1, 2013, against defendants Desfosses, Saldivar, and Zaccagnini for use of excessive force, and against defendant Verbeek for failure to decontaminate Plaintiff, in violation of the Eighth Amendment.  (Doc. 1.)[1]

　　　　This case is currently in the discovery phase, pursuant to the court's scheduling order issued on June 11, 2014.  (Doc. 18.)  On January 22, 2015, Defendants filed a request for leave to depose Plaintiff by videoconference.  Fed. R. Civ. P. 30(b)(4).  (Doc. 24.)

　　　　Good cause having been shown, Defendants' request is HEREBY GRANTED.

IT IS SO ORDERED.

　　Dated:　**January 23, 2015**　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] On March 19, 2014, the court issued an order dismissing all other claims and defendants from this action, based on Plaintiff's failure to state a claim under § 1983.  (Doc. 11.)