# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN R. EDWARDS,<br><br>    Plaintiff,<br><br>    v.<br><br>A. DESFOSSE, et al.,<br><br>    Defendants. | Case No.  1:13-cv-01013-AWI-SAB-PC<br><br>ORDER ASSIGNING CASE TO MAGISTRATE JUDGE STANLEY A. BOONE<br><br>New Case Number: 1:13-cv-01013-SAB-PC |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis pursuant to 42 U.S.C. § 1983. On July 15, 2013, Plaintiff filed a consent to proceed before a magistrate judge (ECF NO. 5.) On September 10, 2015, Defendants Desfosse, Saldivar, Verbeek and Zaccagnini filed a consent to proceed before a magistrate judge (ECF No. 36.)  Because all parties to this action have voluntarily consented to have U.S. Magistrate Judge Stanley A. Boone conduct any and all further proceedings in this case, reassignment of this matter is appropriate.

Accordingly, IT IS HEREBY ORDERED that:

1. This action is assigned to U.S. Magistrate Judge Stanley A. Boone for all purposes within the meaning of 28 U.S.C. §636(c), to conduct any and all further proceedings in the case, including the trial and entry of final judgment;

2. The Clerk of Court is directed to assign this case in its entirety to U.S. Magistrate Judge Stanley A. Boone; and

3. The new case number shall be **1:13-cv-01013-SAB-PC**, and all future pleadings and/or correspondence must be so numbered. The parties are advised that use of an incorrect case number, including initials, may result in a delay of documents being processed and copies thereof being incorrectly distributed and received by the appropriate judicial officer.

IT IS SO ORDERED.

Dated:   October 16, 2015

SENIOR  DISTRICT  JUDGE

2