# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN R. EDWARDS,<br><br>            Plaintiff,<br><br>     v.<br><br>A. DESFOSSE, et al.,<br><br>            Defendants. | Case No.  1:13-cv-01013-SAB-PC<br><br>ORDER SETTING TELEPHONIC CONFERENCE CALL |

Plaintiff Steven R. Edwards is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Pursuant to 28 U.S.C. § 636(c), the parties consented to the jurisdiction of the United States Magistrate Judge.  Local Rule 302; ECF Nos. 36 & 39.

This action is proceeding against Defendants Desfosse, Saldivar and Zaccagnini for use of excessive force, and against Defendant Verbeek for failure to decontaminate Plaintiff.

In the interest of accommodating the parties' schedules, the Court will hold a telephonic hearing for scheduling purposes.

Accordingly, IT IS HEREBY ORDERED that:

1. A telephonic scheduling hearing will be held on **November 9, 2015, at 4:00 p.m.,** in Courtroom 9 before the undersigned; and

///

///

1

1    2.    Counsel shall contact Courtroom Deputy, Mamie Hernandez, at (559) 499-5672, prior to the hearing date, to receive instructions regarding the conference call.

IT IS SO ORDERED.

Dated:   **October 30, 2015**

UNITED STATES MAGISTRATE JUDGE

2