UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN R. EDWARDS,<br><br>    Plaintiff,<br><br>    v.<br><br>A. DESFOSSE, et al.,<br><br>    Defendants. | Case No. 1:13-cv-01013-SAB (PC)<br><br>ORDER RESCHEDULING TELEPHONIC CONFERENCE CALL ON NOVEMBER 9, 2015, FROM 4:00 P.M. to **9:00 A.M.** |

Plaintiff Steven R. Edwards is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

This case is currently set for a telephonic scheduling hearing on November 9, 2015, at 4:00 p.m., in Courtroom 9 before the undersigned.

The Court hereby reschedules the hearing time on November 9, 2015, from 4:00 p.m. to **9:00 a.m.**

IT IS SO ORDERED.

Dated:   **November 5, 2015**

UNITED STATES MAGISTRATE JUDGE

1