# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN R. EDWARDS,<br><br>   Plaintiff,<br><br>   v.<br><br>A. DESFOSSES, et al.,<br><br>   Defendants. | Case No. 1:13-cv-01013-SAB-PC<br><br>ORDER GRANTING PLAINTIFF'S REQUEST TO SUPPLEMENT PRETRIAL STATEMENT<br><br>(ECF NO. 55) |

On January 15, 2016, Plaintiff filed a motion titled as a motion to file supplemental exhibits. On January 4, 2016, Plaintiff timely filed his pretrial statement, due January 19, 2016. Plaintiff seeks to submit additional exhibits to his pretrial statement. Plaintiff refers to Exhibits 1-20 in his pretrial statement. Plaintiff seeks to supplement his pretrial statement with Exhibits 20-24. The Court finds good cause to grant Plaintiff's request. Plaintiff's pretrial statement is amended to include references to Exhibits 1-24, as described in Plaintiff's January 15, 2016, request.

IT IS SO ORDERED.

Dated: **January 19, 2016**

UNITED STATES MAGISTRATE JUDGE

1