1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

11

### EASTERN DISTRICT OF CALIFORNIA

12
13

| STEVEN R. EDWARDS, | Case No.  1:13-cv-01013-SAB-PC |
|---|---|
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR FURTHER DISCLOSURE |
| v. | (ECF NO. 54) |
| A. DESFOSSES, et al., | |
| Defendants. | |

14
15
16
17
18
19

    On January 15, 2016, Plaintiff filed a motion titled as a "motion seeking full disclosure of Dr. Ugwueze, name, background, disciplinary history with inmates, medical board, sues [sic] and judgements [sic] render [sic] against him or her."   On January 27, 2015, Defendants filed opposition to the motion. (ECF No. 60.)

20
21
22
23

    On January 4, 2016, Plaintiff received the disclosure of expert witnesses from defense counsel.  Plaintiff contends that he was not allowed to obtain the full name of the expert, as well as other information Plaintiff needs to prepare for trial.  Plaintiff seeks disclosure of the expert's background, grievances filed against expert by other inmates, and the history of any lawsuits filed against the expert by other inmates.  Plaintiff's motion implies that Defendants have failed to comply with the disclosure requirements of Federal Rule of Civil Procedure 26(a)(2)(B).

24
25
26
27
28

1    Defendants support their opposition with Exhibit A, the expert disclosure served on

2  Plaintiff.   Defendants disclosed to Plaintiff that they have designated Dr. Ugwueze as an

3  unretained expert from whom they may elicit expert medical opinion. (Ex. A.)   Defendants

4  further provided that Dr. Ugwueze is the Chief Medical Executive at California Substance Abuse

5  Treatment Facility at Corcoran (SATF).  (Id.)   Defendants provided a summary of facts and

6  opinions to which Dr. Ugwueze is expected to testify.  (Id.)   Federal Rule 26(a)(2)(B) provides

7  that a written report must be provided which includes "a complete statement of all opinions the

8  witness will express and the basis and reasons for them, the facts or data that will be used to

9  summarize or support them, any exhibits that will be used to summarize or support them, the

10  witness's qualifications, including a list of all publications authored in the previous 10 years, a

11  list of all other cases in the last 4 years that the witnessed testified in as an expert, and a

12  statement of compensation to be paid."   However, Rule 26(a)(2)(B) specifically excludes

13  unretained experts.

14    As stated in Defendants' disclosure of expert witnesses, Dr. Ugwueze is an unretained

15  expert.   The disclosure also provides that Dr. Ugwueze is employed as the Chief Medical

16  Executive at SATF.   As indicated by his address of record, Plaintiff is presently incarcerated at

17  SATF, and should know that SATF is a California state prison and that Dr. Ugwueze is

18  employed by the CDCR.   As an unretained expert, Dr. Ugwueze is specifically exempt from

19  providing a written report with his disclosure.

20    Defendants correctly argue that they have complied with the requirement of Rule

21  26(a)(2)(C), entitled "Witnesses Who Do Not Provide a Written Report."   Specifically,

22  Defendants stated the subject matter on which the witness is expected to present evidence and

23  provided a summary of the facts and opinions to which the witness is expected to testify.  (Ex.

24  A.) That is all Defendants were required to do.

25    Defendants' argue that Plaintiff seeks information that is objectionable.   Specifically,

26  Plaintiff seeks "disciplinary history with inmates, and medical board, as well as sues [sic] and

27  judgements [sic] render [sic] against him or her."  (ECF No. 54 at 3.)   Rule 26 does not require

28  such disclosures.   Defendants correctly argue that these requests seek impermissible character

1  evidence, are irrelevant, and are not likely to lead to admissible evidence.  Defendants correctly

2  argue that Plaintiff's request for the doctor's disciplinary history as it related to other inmates

3  would also violate the inmates' right to privacy and confidentiality.

4          For the above reasons, IT IS HEREBY ORDERED that Plaintiff's motion for further

5  disclosure regarding Defendants' medical expert is DENIED.

6

7  IT IS SO ORDERED.

8  Dated:   **January 29, 2016**

                                        UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28