# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN R. EDWARDS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>A. DESFOSSES, et al.,<br><br>　　　　Defendants. | Case No.  1:13-cv-01013-SAB-PC<br><br>ORDER RESCHEDULING TIME OF MOTIONS IN LIMINE HEARING ON MARCH 14, 2016, FROM 3:00 P.M. TO 2:00 P.M. |

Plaintiff Edwards is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Pursuant to the Court's amended pretrial order of February 24, 2016, this case is currently set for a telephonic motions in limine hearing on March 14, 2016 at 3:00 p.m.

Due to court scheduling, the time of the hearing is rescheduled **from 3:00 p.m. to 2:00 p.m. on March 14, 2016**, in Courtroom 9 (SAB).

IT IS SO ORDERED.

Dated:   **March 8, 2016**

　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1