# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN R. EDWARDS,<br><br>  Plaintiff,<br><br>  v.<br><br>A. DESFOSSES, et al.,<br><br>  Defendants. | Case No. 1:13-cv-01013-SAB-PC<br><br>ORDER RE OBJECTIONS TO PRETRIAL ORDER AND DENYING PLAINTIFF'S REQUEST FOR SUBPOENA<br><br>(ECF NOS. 78, 82) |

Plaintiff Steven R. Edwards is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. §1983. Pending before the Court are Plaintiff's objections to the pretrial order filed on March 4, 2016, and Plaintiff's request for a subpoena filed on March 9, 2016.

## I.

## OBJECTIONS TO PRETRIAL ORDER

On March 4, 2016, Plaintiff filed objections to the pretrial order. (ECF No. 78.) Plaintiff objects to the amended pretrial order to the extent that it does not include his exhibits 21 through 24. The Court previously granted Plaintiff leave to amend his pretrial statement, and ordered that Plaintiff's pretrial statement was amended to include his exhibits 21 through 24. (ECF No. 57.) The amended pretrial order reflects Plaintiff's exhibits 1 through 20. On February 29, 2016, Plaintiff timely filed his Exhibit List, including exhibits 1 through 24. The Court considers

1

Plaintiff's Exhibit List to be complete, including exhibits 1 through 24, and will constitute Plaintiff's Exhibit List for trial.

## II.

## REQUEST FOR SUBPEONA

On March 9, 2016, Plaintiff filed a "Request for Subpoena or Testimony of Dr. T. Berard." (ECF No. 82.) As noted in the February 24, 2016, amended pretrial order, Plaintiff is required to serve his final witness list no later than March 17, 2016. The amended pretrial order specifically cautioned the parties that only witnesses who are listed in the pretrial order may appear on the final witness list. (ECF No. 67 at 15:26.) Dr. Berard is not listed as a witness by either Plaintiff or Defendants. Plaintiff has not made any argument or showing of manifest injustice as to why this witness should be added at this late date.

Further, in the November 12, 2015, trial scheduling order, Plaintiff was directed that, as to any unincarcerated witnesses who refuse to testify voluntarily, Plaintiff must tender witness fees in the form of money orders submitted to the Court no later than February 2, 2016. (ECF No. 45 at 8:23.) Plaintiff has not tendered the witness fees with his motion, or shown good cause for not complying with this deadline.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Request for Subpoena or Testimony of Dr. Berard is DENIED unless Dr. Beard wishes to testify without a subpoena and witness fees.

IT IS SO ORDERED.

Dated:   **March 10, 2016**

UNITED STATES MAGISTRATE JUDGE