# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN EDWARDS,<br><br>    Plaintiff,<br><br>v.<br><br>A. DESFOSSES, et al.,<br><br>    Defendants. | Case No. 1:13-cv-01013-SAB-PC<br><br>ORDER DENYING PLAINTIFF'S PRETRIAL MOTIONS<br><br>(ECF NOs. 91, 92) |

Plaintiff Steven Edwards is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On March 14, 2016, Plaintiff filed a motion requesting an order directing Defendants to provide information to Plaintiff regarding prior lawsuits and prisoner grievances filed against Defendants. Plaintiff also filed a motion seeking the issuance of a subpoena for Dr. Berard. On March 10, 2016, an order was entered, denying Plaintiff's request for the issuance of a subpoena for Dr. Berard. (ECF No. 83.) On March 16, 2016, an order was entered, ruling on the parties' motions in limine. (ECF No. 97.) Plaintiff's request to introduce evidence of prior lawsuits or prison grievances filed against Defendants was denied in that order. (Id. at 6:14.) For the reasons noted in the prior orders on the motion in limine and the additional independent basis that the Plaintiff did not seek the compelled production during the discovery phase, Plaintiff's motion is DENIED.

IT IS SO ORDERED.

Dated: __March 16, 2016__

UNITED STATES MAGISTRATE JUDGE

1