1
2
3
4
5
6
7
8
9
10
11
12

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN EDWARDS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>A. DESFOSSES, et al.,<br><br>　　　　Defendants. | Case No. 1:13-cv-01013-SAB-PC<br><br>ORDER GRANTING PLAINTIFF'S REQUEST TO REMOVE INMATE MICHAEL HUNTER FROM WITNESS LIST<br><br>(ECF NO. 103)<br><br>ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM DIRECTING THE PRODUCTION OF INMATE MICHAEL HUNTER FOR TRIAL<br><br>(ECF NO. 72) |

　　　　This matter is set for jury trial on March 29, 2016, and the Court issued a writ of habeas corpus ad testificandum commanding the production of inmate Michael Hunter to the courthouse on March 29, 2016, at 8:30 a.m. On March 18, 2016, Plaintiff filed a request to remove inmate Michael Hunter from the witness list. Plaintiff's motion was filed after the Court's order denying inmate Hunter's motion to quash the subpoena. (ECF No. 100.) Plaintiff requests the Court to "provide an order letting inmate Hunter know that the plaintiff no longer seeks him as a

witness in this matter." (ECF No. 103.)

      Accordingly, Plaintiff's request is GRANTED. Inmate Michael Hunter, CDCR No. C-83600, is no longer needed by the Court in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY VACATED. The Clerk's Office is directed to serve a copy of this order on the CDCR Transportation Office.

IT IS SO ORDERED.

Dated: **March 18, 2016**

UNITED STATES MAGISTRATE JUDGE