# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN R. EDWARDS,<br><br>            Plaintiff,<br><br>      v.<br><br>A. DESFOSSES, et al.,<br><br>            Defendants. | Case No.  1:13-cv-01013-SAB-PC<br><br>ORDER DENYING PLAINTIFF'S REQUEST  FOR PRODUCTION OF VIDEO RECORDING |

Plaintiff filed a motion in limine seeking to compel Defendants to produce a video recording of the front entrance of the A-Yard Program Office at Pleasant Valley State Prison on July 17, 2012. (ECF No. 68.)   Defendants opposed the motion on the grounds that the video does not exist, and that Plaintiff did not timely move to compel the production of the video recording before the close of discovery, which was April 10, 2015. (ECF No. 80 at 3.)    On March 16, 2016, the Court issued its order regarding the parties' motions in limine but reserved its ruling of Plaintiff's motion to produce the video recording until the Court received a declaration regarding the existence of the video recording at issue.  (ECF No. 97 at 4.)

On March 24, 2016, Defendants filed with the Court the declaration of K. Geringer, the Litigation Coordinator at Pleasant Valley State Prison. (ECF No. 111.)   The declaration establishes that K. Geringer researched the existence of video recordings of A-Yard at Pleasant Valley State Prison and the A-Yard Program Office made on July 17, 2012.  No video recordings

1

of A-Yard at Pleasant Valley State Prison and the A-Yard Program Office were made on July 17, 2012, because no video cameras captured images in those areas. (Geringer Decl. ¶ 2.)

Because a video recording of the A-Yard Program Office at Pleasant Valley State Prison on July 17, 2012, does not exist, the Court cannot compel the production of it. Plaintiff's motion for the production of the video recording of the A-Yard Program Office at Pleasant Valley State Prison on July 17, 2012, is therefore DENIED.

IT IS SO ORDERED.

Dated: **March 24, 2016**

UNITED STATES MAGISTRATE JUDGE

2