# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN EDWARDS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>A. DESFOSSES, et al.,<br><br>　　　　Defendants. | Case No. 1:13-cv-01013-SAB-PC<br><br>ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM DIRECTING THE PRODUCTION OF STEVEN EDWARDS FOR TRIAL<br><br>(ECF NO. 74) |

This matter was set for jury trial on March 29, 2016, and the Court issued a writ of habeas corpus ad testificandum commanding the production of Plaintiff Steven Edwards to the courthouse on March 29, 2016, at 8:30 a.m. The jury trial has concluded.

Accordingly, Plaintiff Steven Edwards, CDCR No. V-13645, is no longer needed by the Court in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY VACATED.

IT IS SO ORDERED.

Dated: __March 30, 2016__　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1