


*UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF CALIFORNIA*

STEVEN R. EDWARDS,

        Plaintiff,

**JUDGMENT IN A CIVIL ACTION**

vs.

1:13-cv-01013-SAB (PC)

A. DESFOSSE, ET. AL.,

        Defendants.
_____/

       JURY VERDICT: This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

       IT IS HEREBY ORDERED AND ADJUDGED that JUDGMENT BE ENTERED IN FAVOR OF DEFENDANTS A. DESFOSSE, E. SALDIVAR, S. ZACCAGNINI, T. VERBEEK, and against PLAINTIFF STEVEN R. EDWARDS.

DATED: March 31, 2016

                                    MARIANNE MATHERLY, Clerk

                                      By:
                                              Deputy Clerk